IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JAMES ADKINS and HOLLY WILSON,**

    Plaintiffs,

v.                                                                      **Civil Action No. 2:23-cv-362**
                                                                        **Honorable Irene C. Berger**

**ENCOMPASS HOME AND AUTO INSURANCE COMPANY,**

    Defendant.

## **FINAL DISMISSAL ORDER**

On a former date, came Plaintiffs, James Adkins and Holly Wilson, by their counsel, Christopher D. Smith, and Bailey & Glasser; also came the Defendant, Encompass Home and Auto Insurance Company, by its counsel, Bailey & Wyant, PLLC, Charles R. Bailey and Jordan K. Herrick. Thereupon, counsel advised the Court that all matters herein and in controversy had been settled and compromised and jointly moved to dismiss this action from the docket of the Court.

The Court perceiving no reason not to grant the relief prayed for, it is hereby **ADJUDGED, ORDERED,** and **DECREED** that this matter be and the same is hereby **ORDERED** dismissed and forever stricken from the active docket of this Court with prejudice abiding the result hereof, with all parties carrying their own costs.

The Clerk is **ORDERED** to send certified copies of this **ORDER** to all counsel of record whose names appear below.

Entered this  28th  day of    June      , 2023.

                                                                      IRENE C. BERGER
                                                     UNITED STATES DISTRICT JUDGE
                                                 SOUTHERN DISTRICT OF WEST VIRGINIA

Prepared by:

 /s/ Jordan K. Herrick
Charles R. Bailey (WV Bar #0202)
Jordan Herrick (WV Bar #11128)
BAILEY & WYANT, PLLC
500 Virginia Street, East, Suite 600
Post Office Box 3710
Charleston, West Virginia  25337-3710
T: 304.345.4222
F: 304.343.3133
jherrick@baileywyant.com
Attorney for: Encompass Home and Auto Insurance Company

Reviewed and approved by:

 /s/ Christopher D. Smith
Christopher D. Smith (WV Bar #13050)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV  25301
T: (304) 345-6555
F: (304) 342-1110
csmith@baileyglasser.com
Attorney For: James Adkins and Holly Wilson